# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **COLONEL BAKER,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-019 |
| **COMMISSIONER, SSA,** | § § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2018, the report of the Magistrate Judge (Dkt. #32) was entered containing proposed findings of fact and recommendations that Plaintiff's Counsel Ryan Snow's ("Counsel") Corrected Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)" (the "Motion") (Dkt. #28) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion (Dkt. #28) is **GRANTED**, and Counsel is hereby awarded the sum of $14,544.70, in attorneys' fees.

**IT IS SO ORDERED**.

SIGNED this 11th day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE